IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICKY BROUGHTON ) | |
| ) | |
| v. ) | No. 3:05-0277 |
| ) | JUDGE CAMPBELL |
| MAGNETIC TICKET & LABEL ) | |
| CORPORATION ) | |

ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment on the Issue of Liability (Docket No. 13) and Defendant's Motion for Summary Judgment (Docket No. 16). For the reasons stated in the Accompanying Memorandum, Plaintiff's Motion for Summary Judgment (Docket No. 13) is DENIED. Defendant's Motion for Summary Judgment (Docket No. 16) is GRANTED, and this case is DISMISSED.

Entry of this Order shall constitute final judgment in this matter and the Clerk is directed to close this file. Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE